IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WILLIAM SCHNEIDER              )
                               )
          Plaintiff,           )     8:99CV0315
                               )
     v.                        )
                               )
UNITED STATES OF AMERICA,      )
                               )
          Defendant.           )
_____)
PAUL F. SEGER, KAREN M. SEGER, )
DOUGLAS W. MATSCHULLAT, and    )
HELEN SUE MATSCHULLAT,         )
                               )
          Plaintiffs,          )     4:99CV3056
                               )
     v.                        )
                               )
UNITED STATES OF AMERICA,      )
                               )
          Defendant.           )
_____)
TIMOTHY M. GRAY and MARGARET   )
S. GRAY,                       )
                               )
          Plaintiffs,          )     4:99CV3154
                               )
     v.                        )
                               )
UNITED STATES OF AMERICA,      )
                               )
          Defendant.           )
_____)
LAZY HORSESHOE RANCH,          )
                               )
          Plaintiff,           )     4:99CV3153
                               )
     v.                        )
                               )
UNITED STATES OF AMERICA,      )        ORDER
                               )
          Defendant.           )
_____)
```

   This matter is before the Court on the parties' joint status report and proposed briefing schedule (Filing No. 259 in 4:99CV3056; Filing No. 186 in 4:99CV3153; Filing No. 240 in 4:99CV3154; and Filing No. 259 in 8:99CV3153).  The Court finds the proposed briefing schedule should be adopted.  Accordingly,

   IT IS ORDERED that the briefing schedule as proposed by the parties is approved and adopted.

   DATED this 24th day of March, 2006.

         BY THE COURT:

         /s/ Lyle E. Strom
         _____
          LYLE E. STROM, Senior Judge
          United States District Court