IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WILLIAM SCHNEIDER              )
                               )
          Plaintiff,           )      8:99CV0315
                               )
     v.                        )
                               )
UNITED STATES OF AMERICA,      )
                               )
          Defendant.           )
_____)
PAUL F. SEGER, KAREN M. SEGER, )
DOUGLAS W. MATSCHULLAT, and    )
HELEN SUE MATSCHULLAT,         )
                               )
          Plaintiffs,          )      4:99CV3056
                               )
     v.                        )
                               )
UNITED STATES OF AMERICA,      )
                               )
          Defendant.           )
_____)
TIMOTHY M. GRAY and MARGARET   )
S. GRAY,                       )
                               )
          Plaintiffs,          )      4:99CV3154
                               )
     v.                        )
                               )
UNITED STATES OF AMERICA,      )
                               )
          Defendant.           )
_____)
LAZY HORSESHOE RANCH,          )
                               )
          Plaintiff,           )      4:99CV3153
                               )
     v.                        )
                               )
UNITED STATES OF AMERICA,      )           ORDER
                               )
          Defendant.           )
_____)
```

This matter is before the Court on the motion to extend time for briefing on summary judgment (Filing No. 275 in Case No. 8:99CV315; Filing No. 261 in Case No. 4:99CV3056; Filing No. 188 in Case No. 4:99CV3153; and Filing No. 242 in Case No. 4:99CV3154).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that the schedule in the motion is adopted by the Court.

DATED this 6th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court