IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM SCHNEIDER,            ) | | |
|                               ) | | |
|            Plaintiff,         ) | 8:99CV0315 | |
|                               ) | | |
|       v.                      ) | | |
|                               ) | | |
| UNITED STATES OF AMERICA,     ) | | |
|                               ) | | |
|            Defendant.         ) | | |
| _____) | | |
| PAUL F. SEGER, KAREN M. SEGER,) | | |
| DOUGLAS W. MATSCHULLAT, and   ) | | |
| HELEN SUE MATSCHULLAT,        ) | | |
|                               ) | | |
|            Plaintiffs,        ) | 4:99CV3056 | |
|                               ) | | |
|       v.                      ) | | |
|                               ) | | |
| UNITED STATES OF AMERICA,     ) | | |
|                               ) | | |
|            Defendant.         ) | | |
| _____) | | |
| TIMOTHY M. GRAY and MARGARET  ) | | |
| S. GRAY,                      ) | | |
|                               ) | | |
|            Plaintiffs,        ) | 4:99CV3154 | |
|                               ) | | |
|       v.                      ) | | |
|                               ) | | |
| UNITED STATES OF AMERICA,     ) | | |
|                               ) | | |
|            Defendant.         ) | | |
| _____) | | |
| LAZY HORSESHOE RANCH,         ) | | |
|                               ) | | |
|            Plaintiff,         ) | 4:99CV3153 | |
|                               ) | | |
|       v.                      ) | | |
|                               ) | | |
| UNITED STATES OF AMERICA,     ) | ORDER | |
|                               ) | | |
|            Defendant.         ) | | |
| _____) | | |

This matter is before the Court on the following motions:

> 1)  Plaintiffs' class' motion for leave to withdraw Roger C. Johnson as counsel of record (Filing No. 284 in 8:99CV315; Filing No. 264 in 4:99CV3056; Filing No. 191 in 4:99CV3153; Filing No. 245 in 4:99CV3154);
>
> 2)  Plaintiffs' class' motion for leave to withdraw John B. Massopust as counsel of record (Filing No. 285 in 8:99CV315; Filing No. 265 in 4:99CV3056; Filing No. 192 in 4:99CV3153; Filing No. 246 in 4:99CV3154);
>
> 3)  Plaintiffs' class' motion for leave to withdraw Daniel J. Millea as counsel of record (Filing No. 286 in 8:99CV315; Filing No. 266 in 4:99CV3056; Filing No. 193 in 4:99CV3153; Filing No. 247 in 4:99CV3154);
>
> 4)  Plaintiffs' class' motion for leave to withdraw Henry J. Price as counsel of record (Filing No. 287 in 8:99CV315; Filing No. 267 in 4:99CV3056; Filing No. 194 in 4:99CV3153; Filing No. 248 in 4:99CV3154).

The Court finds said motions should be granted.  Accordingly,

IT IS ORDERED that said motions are granted. Roger C. Johnson, John B. Massopust, Daniel J. Millea and Henry J. Price are deemed withdrawn as counsel of record for plaintiffs' class.

DATED this 13th day of July, 2006.

                          BY THE COURT:

                          /s/ Lyle E. Strom
                          _____
                            LYLE E. STROM, Senior Judge
                            United States District Court