IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WILLIAM SCHNEIDER              )
                               )
             Plaintiff,        )          8:99CV0315
                               )
        v.                     )
                               )
UNITED STATES OF AMERICA,      )
                               )
             Defendant.        )
_____)
PAUL F. SEGER, KAREN M. SEGER, )
DOUGLAS W. MATSCHULLAT, and    )
HELEN SUE MATSCHULLAT,         )
                               )
             Plaintiffs,       )          4:99CV3056
                               )
        v.                     )
                               )
UNITED STATES OF AMERICA,      )
                               )
             Defendant.        )
_____)
TIMOTHY M. GRAY and MARGARET   )
S. GRAY,                       )
                               )
             Plaintiffs,       )          4:99CV3154
                               )
        v.                     )
                               )
UNITED STATES OF AMERICA,      )
                               )
             Defendant.        )
_____)
LAZY HORSESHOE RANCH,          )
                               )
             Plaintiff,        )          4:99CV3153
                               )
        v.                     )
                               )
UNITED STATES OF AMERICA,      )             ORDER
                               )
             Defendant.        )
_____)
```

This matter is before the Court on the parties' joint status report and proposed briefing schedule (Filing No. 306 in Case No. 8:99CV315; Filing No. 283 in Case No. 4:99CV3056; Filing No. 210 in Case No. 4:99CV3153; and Filing No. 264 in Case No. 4:99CV3154).  The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the schedule in the motion is adopted by the Court.

DATED this 26th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court