IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM SCHNEIDER, ) | | |
| ) | | |
| Plaintiff, ) | 8:99CV0315 | |
| ) | | |
| v. ) | | |
| ) | | |
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |
| PAUL F. SEGER, KAREN M. SEGER,) | | |
| DOUGLAS W. MATSCHULLAT, and ) | | |
| HELEN SUE MATSCHULLAT, ) | | |
| ) | | |
| Plaintiffs, ) | 4:99CV3056 | |
| ) | | |
| v. ) | | |
| ) | | |
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |
| TIMOTHY M. GRAY and MARGARET ) | | |
| S. GRAY, ) | | |
| ) | | |
| Plaintiffs, ) | 4:99CV3154 | |
| ) | | |
| v. ) | | |
| ) | | |
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |
| LAZY HORSESHOE RANCH, ) | | |
| ) | | |
| Plaintiff, ) | 4:99CV3153 | |
| ) | | |
| v. ) | | |
| ) | | |
| UNITED STATES OF AMERICA, ) | ORDER | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

This matter is before the Court on the joint status report and proposed briefing schedule (Filing No. 313 in 8:99CV315; Filing No. 290 in 4:99CV3056; Filing No. 271 in 4:99CV3154; and Filing No. 217 in 4:99CV3153).  The Court finds the proposed schedule should be adopted.  Accordingly,

IT IS ORDERED that the briefing schedule as set forth in the parties' joint status report is approved and adopted.

DATED this 2nd day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court