IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM SCHNEIDER         ) | | |
|         Plaintiff,    ) | 8:99CV0315 | |
|   v.                ) | | |
| UNITED STATES OF AMERICA, ) | | |
|         Defendant.    ) | | |

```
WILLIAM SCHNEIDER               )
                                )
           Plaintiff,           )     8:99CV0315
                                )
     v.                         )
                                )
UNITED STATES OF AMERICA,       )
                                )
           Defendant.           )
_____)
PAUL F. SEGER, KAREN M. SEGER,  )
DOUGLAS W. MATSCHULLAT, and     )
HELEN SUE MATSCHULLAT,          )
                                )
           Plaintiffs,          )     4:99CV3056
                                )
     v.                         )
                                )
UNITED STATES OF AMERICA,       )
                                )
           Defendant.           )
_____)
TIMOTHY M. GRAY and MARGARET    )
S. GRAY,                        )
                                )
           Plaintiffs,          )     4:99CV3154
                                )
     v.                         )
                                )
UNITED STATES OF AMERICA,       )
                                )
           Defendant.           )
_____)
LAZY HORSESHOE RANCH,           )
                                )
           Plaintiff,           )     4:99CV3153
                                )
     v.                         )
                                )
UNITED STATES OF AMERICA,       )         ORDER
                                )
           Defendant.           )
_____)
```

IT IS ORDERED that a conference shall be held in the above matters on:

**Thursday, March 6, 2008, at 1:30 p.m.**

The parties may participate by telephone by notifying the chambers of the undersigned. Representatives of each party shall be prepared to discuss a progression schedule for the resolution of these matters.

DATED this 14th day of February, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court