IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WILLIAM SCHNEIDER              )
                               )
          Plaintiff,           )      8:99CV0315
                               )
     v.                        )
                               )
UNITED STATES OF AMERICA,      )
                               )
          Defendant.           )
_____)
PAUL F. SEGER, KAREN M. SEGER, )
DOUGLAS W. MATSCHULLAT, and    )
HELEN SUE MATSCHULLAT,         )
                               )
          Plaintiffs,          )      4:99CV3056
                               )
     v.                        )
                               )
UNITED STATES OF AMERICA,      )
                               )
          Defendant.           )
_____)
TIMOTHY M. GRAY and MARGARET   )
S. GRAY,                       )
                               )
          Plaintiffs,          )      4:99CV3154
                               )
     v.                        )
                               )
UNITED STATES OF AMERICA,      )
                               )
          Defendant.           )
_____)
LAZY HORSESHOE RANCH,          )
                               )
          Plaintiff,           )      4:99CV3153
                               )
     v.                        )
                               )
UNITED STATES OF AMERICA,      )          ORDER
                               )
          Defendant.           )
_____)
```

This matter is before the Court on the parties' Joint Status Report (Filing No. 343 in 8:99CV315). A status telephone conference was held on March 10, 2008. The defendant requests a stay of proceedings with respect to the Category 8 parcels pending the outcome of an interlocutory appeal before the Federal Circuit in *Ellamae Phillips Co. v. United States*. In addition, plaintiffs request clarification and/or briefing on the issue of the proper measure of damages in light of the Court's January 15, 2008, order (Filing No. 341 in 8:99CV315). The Court has considered the parties' requests and finds both requests should be granted. Accordingly,

IT IS ORDERED:

1) The proceedings with respect to the Category 8 parcels shall be stayed pending the outcome of the interlocutory appeal in *Ellamae Phillips Co. v. United States*. Defendant shall inform the Court when the Federal Circuit reaches a decision in that matter; and

2) The plaintiffs shall submit a brief on the issue of the proper measure of damages in this class action on or before

**April 4, 2008**.  Defendant shall submit a responsive brief on or before **April 18, 2008**.

DATED this 20th day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court