IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM SCHNEIDER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:99CV0315 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| PAUL F. SEGER, KAREN M. SEGER, | ) | |
| DOUGLAS W. MATSCHULLAT, and | ) | |
| HELEN SUE MATSCHULLAT, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:99CV3056 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| TIMOTHY M. GRAY and MARGARET S. GRAY, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:99CV3154 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| LAZY HORSESHOE RANCH, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CV3153 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Upon review of the Memorandum and Order (Filing No. 65 in 8:99CV315) entered by Magistrate Judge Piester on March 24, 2000,

IT IS ORDERED:

1) Cases Nos. 8:99CV315, 4:99CV3056, 4:99CV3153, and 4:99CV3154 are hereby consolidated for discovery, trial, and all other purposes.  The cases will be tried to a jury in Omaha, Nebraska.

2) Case No. 8:99CV315 is hereby designated as the "Lead Case."  Cases Nos. 4:99CV3056, 4:99CV3153, and 4:99CV3154 are hereby designated as the "Member Cases."

3) The Court's CM/ECF System now has the capacity for "spreading" text among the consolidated cases.  If properly docketed, the documents filed in the Lead Case will automatically be filed in all Member Cases.  To this end, **the parties are instructed to file in the Lead Case, No. 8:99CV315, all further documents except those described in paragraph 4 and to select the option "yes" in response to the System's question whether to spread the text.**

4) The parties **may not** use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; or to file items related to service of process.

-2-

5)  If a party believes that an item in addition to those described in paragraph 4 should not be filed in all the consolidated cases, the party must move for permission to file the item in one or more individual member cases.  The motion must be filed in all the consolidated cases using the spread text feature.

DATED this 2nd day of April, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court