IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM SCHNEIDER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. 8:99CV0315 <br><br> **JOINT STATUS REPORT** |

## **INTRODUCTION**

Pursuant to the Court's March 21, 2018 Order (ECF No. 435), the parties respectfully submit this Joint Status Report.

Since the filing of the last joint status report, the parties have continued to work with their mapping expert, Straup Solutions to finish identifying and resolving title and mapping issues. At this time, that work is complete. Straup Solutions submitted a report of those issues to the parties on or about June 5, 2018. As part of that report, Straup Solutions provided its eligibility determinations for the parcels owned by the plaintiffs joined in the Third Amended Complaint. While Straup Solutions was completing its work, the parties have been identifying and resolving questions and potential disputes about the eligibility determinations made by Straup Solutions. The parties are currently working with Straup Solutions on how to resolve claims made by ineligible landowners as well as how to handle claims made by a landowner who previously opted out of the class action but who has now submitted a joinder form.

Additionally, the Plaintiffs have finished reviewing the appraisal instructions proposed by the Defendant. Plaintiffs proposed some minor modifications. As mentioned in the last status

report, the draft appraisal instructions contemplate streamlining and shortening the overall appraisal process by utilizing appraisals of exemplar parcels, all with an eye towards facilitating a negotiated value for each eligible property. The parties expect to finalize the appraisal instructions during the week of June 18, 2018 and then submit them to the appraiser, who should then be in a position to provide an estimated timeline for the completion of the appraiser's work.

The parties will provide their next status report on or before Wednesday, July 18, 2018. Should the Court have any questions about this joint status report or the parties' efforts, counsel for the parties are available for a telephonic status conference at the Court's convenience.

Respectfully submitted this 18th day of June, 2018,

| | |
|---|---|
| ZELLE LLP | JEFFREY H. WOOD<br>Acting Assistant Attorney General |
| s/ *Eric Caugh*<br>Dan Millea<br>Eric Caugh<br>500 Washington Avenue South<br>Suite 4000<br>Minneapolis, MN 55415<br>Ph: 612-339-2020<br>dmillea@zelle.com | s/ *Luther L. Hajek (by EC w/permission)*<br><br>LUTHER L. HAJEK<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>999 18th Street South Terrace, Suite 370<br>Denver, CO 80212<br>Tel.: 303-844-1376<br>Fax: 303-844-1350<br>Luke.Hajek@usdoj.gov |
| *Class Counsel and Plaintiffs' Counsel* | Robert Stuart<br>Acting United States Attorney<br>Laurie A. Kelly<br>Assistant United States Attorney<br>District of Nebraska<br>1620 Dodge Street, Suite 1400<br>Omaha, Nebraska 68102<br><br>*Attorneys for the United States* |

RAILS-TO-TRAILS CONSERVANCY

s/ *Andrea Ferster  (by EC w/permission )*
RICHARD A. ALLEN
Zuckert, Scoutt & Rasenberger, L.L.P.
888 Seventeenth Street, NW
Washington, D.C.  20006
Tel.: 202.298.8660
Fax: 202.342.0683
raallen@zsrlaw.com

Andrea Ferster, General Counsel
Rails-to-Trails Conservancy
2121 Ward Court, 5th Floor
Washington, D.C. 20037

Christopher J. Beutler
555 South Tenth Street
Lincoln, Nebraska  68508

*Attorneys for Intervenor-Defendant,*
*Rails-to-Trails Conservancy*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of June, 2018, a copy of the parties' foregoing Joint Status Report, electronically filed on this date, was served electronically to the CM/ECF participants designated below:

**Via electronic mail through the CM/ECF:**

Cecilia Fex
fex@ackersonlaw.com

Stephen D. Mossman
SDM@mattsonricketts.com

Laurie A. Kelly
laurie.kelly@usdoj.gov

Cornish F. Hitchcock
conh@mctiguelaw.com

W. Scott Davis
wsdavis@baylorevnen.com


s/ *Eric Caugh*
Eric Caugh
Email: ecaugh@zelle.com
*Class Counsel and Plaintiff's Counsel*

4820-6657-8538v1