# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **WILLIAM SCHNEIDER, DAVID SCHWANINGER, and DEWANE SPILKER,** | 8:99CV315 |
| Plaintiffs, | ORDER |
| vs. | |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

A telephone hearing was held before the undersigned magistrate judge with counsel for the parties on November 10, 2020. In accordance with the matters discussed during the conference,

**IT IS ORDERED:**

1. The deadline for the parties to electronically file a joint stipulation for dismissal (or other dispositive stipulation), excluding the issue of attorneys' fees, remains **November 13, 2020**.

2. The parties shall notify the Court on or before **December 8, 2020**, as to whether they have resolved the issue of attorneys' fees.

3. If the parties do not reach an agreement, Plaintiffs are given leave to file a motion for attorneys' fees on **December 18, 2020**. Defendant may file a response to the motion on or before **January 15, 2021**. Plaintiffs may file a reply on **January 22, 2021**, after which the motion will be fully submitted to the Court.

Dated this 10th day of November, 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge