IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM SCHNEIDER, DAVID SCHWANINGER, and DEWANE SPILKER,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 8:99CV315<br><br>ORDER |

This matter comes before the Court on the parties' Notice and Stipulation of Dismissal (Filing No. 546). The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

Dated this 11th day of June, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge